IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00788-RPM

JOSEPH CAPOBIANCO,

    Plaintiff,

v.

HONEYWELL TECHNOLOGY SOLUTIONS, INC., a Delaware corporation,

    Defendant.

_____

ORDER OF DISMISSAL
_____

Pursuant to the Stipulation for Dismissal with Prejudice [10], filed on August 5, 2008, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own attorney's fees and costs.

DATED: August 5th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge